1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 53.059

7  Attorneys for Plaintiff
   KINGVISION PAY-PER-VIEW LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KINGVISION PAY-PER-VIEW LTD., | ) | CASE NO. C-08-04633-TEH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) | |
| | ) | |
| DANIEL KNIGHT, FRED LOVILLE, individuals & as partners jointly. | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE COURT, AND TO ALL OTHER PARTIES:

PLEASE TAKE NOTICE that pursuant to FRCP 41(a). Plaintiff KINGVISION PAY-PER-VIEW LTD. voluntarily dismisses without prejudice the entire above-captioned action.

DATED:  February 11, 2009          COOK COLLECTION ATTORNEYS

                                    By: __/s/ David J. Cook__
                                    DAVID J. COOK, ESQ. (SBN 060859)
                                    Attorneys for Plaintiff
                                    KINGVISION PAY-PER-VIEW LTD.

F:\USERS\DJCNT

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA / Judge Thelton E. Henderson / 02/12/09]*

NOTICE OF VOLUNTARY DISMISSAL - CASE NO. C-08-04633-TEH